# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| STEPHEN V. KOLBE, *et al.*, | ) |
| | ) |
| *Plaintiffs-Appellants*, | ) Case No.: 14-1945 |
| | ) |
| v. | ) |
| | ) |
| MARTIN O'MALLEY, *et al.*, | ) |
| | ) |
| *Defendants-Appellees.* | ) |

## APPELLEES' RESPONSE TO MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE

Pursuant to the Court's September 25, 2014 request (Dock. No. 21) for a response to the motion for leave to file a brief as amicus curiae on behalf of the Plaintiffs-Appellants filed by the Traditionalist Youth Network, LLC (Dock. No. 18), the Defendants-Appellees do not object to the request for leave to file.

                                                              Respectfully submitted,

                                                              DOUGLAS F. GANSLER
                                                              Attorney General of Maryland

                                                                 /s/ Matthew J. Fader
                                                              MATTHEW J. FADER (Fed. Bar # 29294)
                                                             JENNIFER L. KATZ (Fed. Bar # 28973)
                                                             Assistant Attorneys General
                                                             200 St. Paul Place, 20th Floor
                                                             Baltimore, Maryland 21202
                                                             410-576-7906 (tel.); 410-576-6955 (fax)
                                                             mfader@oag.state.md.us

Dated: October 7, 2014                        Attorneys for Defendants-Appellees

# CERTIFICATE OF SERVICE

I certify that on  October 7, 2014   the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Matthew J. Fader
_____
Signature

10/07/2014
_____
Date