FILED: October 7, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1945
(1:13-cv-02841-CCB)

_____

STEPHEN V. KOLBE; ANDREW C. TURNER; WINK'S SPORTING GOODS, INC.; ATLANTIC GUNS, INC.; ASSOCIATED GUN CLUBS OF BALTIMORE, INC.; MARYLAND SHALL ISSUE, INC.; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INC.; NATIONAL SHOOTING SPORTS FOUNDATION, INC.; MARYLAND LICENSED FIREARMS DEALERS ASSOCIATION, INC.

   Plaintiffs - Appellants

and

SHAWN J. TARDY; MATTHEW GODWIN

   Plaintiffs

v.

MARTIN J. O'MALLEY, Governor, in his official capacity as Governor of the State of Maryland; DOUGLAS F. GANSLER, in his official capacity as Attorney General of the State of Maryland; MARCUS L. BROWN, Colonel, in his official capacity as Secretary of the Department of State Police and Superintendent of the Maryland State Police; MARYLAND STATE POLICE

   Defendants - Appellees

_____

## O R D E R

_____

Upon consideration of submissions relative to the motion to file an amicus curiae brief, the court grants the motion and accepts the amicus brief filed by Traditionalist Youth Network, LLC.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk