UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1945
(1:13-cv-02841-CCB)

_____

STEPHEN V. KOLBE; ANDREW C. TURNER; WINK'S SPORTING GOODS, INC.; ATLANTIC GUNS, INC.; ASSOCIATED GUN CLUBS OF BALTIMORE, INC.; MARYLAND SHALL ISSUE, INC.; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INC.; NATIONAL SHOOTING SPORTS FOUNDATION, INC.; MARYLAND LICENSED FIREARMS DEALERS ASSOCIATION, INC.

       Plaintiffs - Appellants

and

SHAWN J. TARDY; MATTHEW GODWIN

       Plaintiffs

v.

MARTIN J. O'MALLEY, Governor, in his official capacity as Governor of the State of Maryland; DOUGLAS F. GANSLER, in his official capacity as Attorney General of the State of Maryland; MARCUS L. BROWN, Colonel, in his official capacity as Secretary of the Department of State Police and Superintendent of the Maryland State Police; MARYLAND STATE POLICE

       Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places sealed appendix volume under seal.

                                            For the Court--By Direction

                                            <u>/s/ Patricia S. Connor, Clerk</u>