# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| STEPHEN V. KOLBE, *et al.*, | * | |
| *Plaintiffs-Appellants*, | * | |
| v. | * | Case No. 14-1945 |
| MARTIN O'MALLEY, *et al.*, | * | |
| *Defendants-Appellees*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF AUTOMATIC SUBSTITUTION OF OFFICEHOLDERS AND MOTION TO AMEND CAPTION

Pursuant to Federal Rule of Appellate Procedure 43(c)(2), the appellees provide notice of the automatic substitutions of the following public officials for their predecessors, all of whom are sued in their official capacities:

1. Lawrence J. Hogan, Jr., Governor, in his official capacity as Governor of the State of Maryland, in place of Martin O'Malley;

2. Brian E. Frosh, in his official capacity as Attorney General of the State of Maryland, in place of Douglas F. Gansler; and

3. Colonel William M. Pallozzi, in his official capacity as Acting Secretary of the Department of State Police and Acting Superintendent of the Maryland State Police, in place of Marcus Brown.

The appellees further move for the caption of this case to be amended to reflect these substitutions.

                                                Respectfully submitted,

                                                BRIAN E. FROSH
Attorney General of Maryland

 /s/ Matthew J. Fader
MATTHEW J. FADER
JENNIFER L. KATZ
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
Tel. 410-576-7906
Fax. 410-576-6955
mfader@oag.state.md.us
jkatz@oag.state.md.us

March 10, 2015                                Counsel for Appellees