**BRIAN E. FROSH**
*Attorney General*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**THIRUVENDRAN VIGNARAJAH**
*Deputy Attorney General*



# STATE OF MARYLAND
# OFFICE OF THE ATTORNEY GENERAL

FACSIMILE NO.
410-576-6955

WRITER'S DIRECT DIAL NO. 410-576-7906
E-MAIL ADDRESS: mattfader@oag.state.md.us

May 1, 2015

Via CM/ECF

Patricia S. Connor, Clerk of Court
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

    Re:    *Stephen V. Kolbe, et al. v. Lawrence J. Hogan, Jr., et al.*, No. 14-1945

Dear Ms. Connor:

    The Defendants-Appellees submit this letter under Federal Rule of Appellate Procedure 28(j).  On April 21, 2015, the United States Court of Appeals for the Sixth Circuit vacated its panel decision in *Tyler v. Hillsdale County Sheriff's Dep't*, No. 13-1876 (order attached).  The now-vacated panel decision, which had been the only federal appellate court decision applying strict scrutiny to firearms regulations, was cited by the Defendants-Appellees in their brief (ECF #52, p. 28) and discussed by the Plaintiffs-Appellants in their reply brief (ECF #61, p. 13).  That case will now be reheard *en banc*.

                        Respectfully submitted,

                        /s/ Matthew J. Fader
                        MATTHEW J. FADER
                        Assistant Attorney General
                        Tel. 410-576-7906
                        mfader@oag.state.md.us

                        Counsel for Defendants-Appellees

cc:    Counsel of record (via CM/ECF)

No. 13-1876

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CLIFFORD CHARLES TYLER,

    Plaintiff-Appellant,

v.

HILLSDALE COUNTY SHERIFF'S DEPARTMENT, ET AL.,

    Defendants-Appellees.

O R D E R

**FILED**
Apr 21, 2015
DEBORAH S. HUNT, Clerk

**BEFORE: COLE, Chief Judge; BOGGS, BATCHELDER, MOORE, CLAY, GIBBONS, ROGERS, SUTTON, COOK McKEAGUE, GRIFFIN, KETHLEDGE, WHITE, STRANCH, and DONALD, Circuit Judges.**

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(b) provides as follows:

> "The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.

                              **ENTERED BY ORDER OF THE COURT**

                              **Deborah S. Hunt, Clerk**