# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 19, 2016

_____

RESPONSE REQUESTED
_____

No. 14-1945, Stephen Kolbe v. Lawrence J. Hogan, Jr.
1:13-cv-02841-CCB

TO: James Wallace Porter, Marc Alexander Nardone, Tara Sky Woodward, John Parker Sweeney

RESPONSE DUE: **February 29, 2016**

Please respond to the petition for rehearing en banc on or before February 29, 2016. The response should not exceed 15 pages, excluding material not counted under Fed. R. App. P. 32.

Tony Webb, Deputy Clerk
804-916-2702