# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

March 11, 2016

Marc Alexander Nardone, Esq.
James Wallace Porter, III, Esq.
John Parker Sweeney, Esq.
Tara Sky Woodward, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Suite 1350
1615 L Street, NW
Washington, DC 20036

Brian E. Frosh, Esq., Attorney General
Matthew John Fader, Esq.
Douglas F. Gansler, Esq.
Jennifer L. Katz, Esq.
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 St. Paul Place
Baltimore, MD 21202

No. 14-1945,   Stephen Kolbe v. Lawrence Hogan, Jr.
               1:13-cv-02841-CCB

Dear Counsel:

      Please be advised that you have the opportunity to file supplemental briefs in advance of the en banc oral argument of this case. Should you choose to file supplemental en banc briefs, they must be filed on or before April 11, 2016, and 16 paper copies are required in addition to the electronic version.

Sincerely,

*Patricia S. Connor*

Patricia S. Connor
Clerk