# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| STEPHEN V. KOLBE, et al., | ) |
| | ) |
| Plaintiffs-Appellants, | ) Case No.: 14-1945 |
| | ) |
| v. | ) |
| | ) |
| LAWRENCE J. HOGAN, et al., | ) |
| | ) |
| Defendants-Appellees. | ) |

## NOTICE OF PAPER FILING

Plaintiffs-Appellants, through undersigned counsel, hereby notify the Court that they shipped 16 copies of their opening brief, reply brief, joint appendix, and joint sealed appendix via FedEx overnight shipping, to arrive on March 14, 2016.

Respectfully submitted,

/s/ John Parker Sweeney
John Parker Sweeney
T. Sky Woodward
James W. Porter, III
Marc A. Nardone
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2016, Appellants' Notice of Paper Filing was served, via electronic delivery to all parties' counsel via the Court's appellate CM/ECF system which will forward copies to Counsel of Record.

<i>/s/ John Parker Sweeney</i><br>
John Parker Sweeney