No. 14-1945

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

STEPHEN V. KOLBE; ANDREW C. TURNER; WINK'S SPORTING GOODS, INC.; ATLANTIC GUNS, INC.; ASSOCIATED GUN CLUBS OF BALTIMORE INC.; MARYLAND SHALL ISSUE, INC.; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INC.; NATIONAL SHOOTING SPORTS FOUNDATION, INC.; MARYLAND LICENSED FIREARMS DEALERS ASSOCIATION, INC.,

*Plaintiffs-Appellants*,

v.

LAWRENCE J. HOGAN, JR., IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MARYLAND; BRIAN E. FROSH, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MARYLAND; COLONEL WILLIAM M. PALLOZZI, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF STATE POLICE AND SUPERINTENDENT OF THE MARYLAND STATE POLICE; MARYLAND STATE POLICE,

*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND; ON REHEARING EN BANC

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF OF *AMICI CURIAE* THE STATE OF WEST VIRGINIA AND 20 OTHER STATES SUPPORTING PLAINTIFFS-APPELLANTS**

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL<br>State Capitol Building 1, Room 26-E<br>Charleston, WV 25305<br>Telephone: (304) 558-2021<br>Email: Elbert.Lin@wvago.gov | PATRICK MORRISEY<br>ATTORNEY GENERAL<br>Elbert Lin<br>  *Solicitor General*<br>Erica N. Peterson<br>Gilbert Dickey<br>  *Assistant Attorneys General* |

*Counsel for* Amicus Curiae *the State of West Virginia*

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

*Amici curiae* States of West Virginia, Alabama, Alaska, Arizona, Florida, Idaho, Kansas, Louisiana, Michigan, Missouri, Montana, Nebraska, New Mexico, North Dakota, Oklahoma, South Carolina, South Dakota, Texas, Utah, and Wyoming, and the Commonwealth of Kentucky move for leave to file the attached supplemental brief of *amici curiae*. Although States may generally file a brief as *amici curiae* without leave of court under Federal Rule of Appellate Procedure 29(a), *amici* States submit there is good cause for this Court to grant *amici* leave to file a short brief in this *en banc* proceeding to supplement the brief that *amici* originally filed in support of Plaintiffs-Appellants before the panel in this case.[1] *Amici* States do not seek to repeat the arguments made in their original brief, but rather to address developments in the law since *amici* originally filed in November of 2014. This Court has granted leave for both appellant and appellee to file supplemental briefs by April 11, 2016. ECF No. 96.

---

[1] Pursuant to Local Rule 27(a), *amici* have informed counsel for all parties of their intent to file this motion. Counsel for all parties indicated that they consent to the granting of this motion.

1

Respectfully submitted,

PATRICK MORRISEY
ATTORNEY GENERAL

/s/ Elbert Lin
Elbert Lin
   *Solicitor General*
   *Counsel of Record*
Erica N. Peterson
Gilbert Dickey
   *Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
   OF WEST VIRGINIA
State Capitol Building 1, Room 26-E
Charleston, WV 25305
Telephone: (304) 558-2021
Email: Elbert.Lin@wvago.gov

April 11, 2016

# COUNSEL FOR ADDITIONAL AMICI

**Luther Strange**
Attorney General
State of Alabama
501 Washington Ave.
Montgomery, AL 36130
(334) 242-2848

**Craig W. Richards**
Attorney General
State of Alaska
P.O. Box 110300
Juneau, AK 99811
(907) 465-3600

**Mark Brnovich**
Attorney General
State of Arizona
1275 West Washington Street
Phoenix, AZ 85007
(602) 542-8986

**Pamela Jo Bondi**
Attorney General
State of Florida
The Capitol, PL-01
Tallahassee, FL 32399
(850) 414-3688

**Lawrence G. Wasden**
Attorney General
State of Idaho
P.O. Box 83720
Boise, ID 83720
(208) 334-2400

**Derek Schmidt**
Attorney General
State of Kansas
120 SW 10th Ave, 2nd Floor
Topeka, KS 66612
(785) 296-2215

**Andy Beshear**
Attorney General
Commonwealth of Kentucky
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5650

**Jeff Landry**
Attorney General
State of Louisiana
P.O. Box 94095
Baton Rouge, LA 70804
(225) 326-6000

**Bill Schuette**
Attorney General
State of Michigan
P.O. Box. 30212
Lansing, MI 48909
(517) 373-1110

**Chris Koster**
Attorney General
State of Missouri
Supreme Court Building
207 West High Street
Jefferson City, MO 65101
(573) 751-3321

**Timothy C. Fox**
Attorney General
State of Montana
P.O. Box. 201401
Helena, MT 59620
(404) 444-2026

**Douglas Peterson**
Attorney General
State of Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682

**Hector Balderas**
Attorney General
State of New Mexico
P.O. Drawer 1508
Santa Fe, NM 87504
(505) 827-6000

**Wayne Stenehjem**
Attorney General
State of North Dakota
600 E. Boulevard Avenue
Bismarck, ND 58505
(701) 328-2210

**E. Scott Pruitt**
Attorney General
State of Oklahoma
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921

**Alan Wilson**
Attorney General
State of South Carolina
P.O. Box. 11548
Columbia, SC 29211
(803) 734-3970

**Martin J. Jackley**
Attorney General
State of South Dakota
1302 E. Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215

**Ken Paxton**
Attorney General
State of Texas
P.O. Box 12548
Austin, TX 78711
(512) 463-2100

**Sean Reyes**
Attorney General
State of Utah
State Capitol, Rm. 230
Salt Lake City, UT 84114
(801) 538-9600

**Peter K. Michael**
Attorney General
State of Wyoming
123 State Capitol
Cheyenne, WY 82002
(307) 777-7841

# CERTIFICATE OF SERVICE

I certify that on April 11, 2016, the foregoing document was served on the counsel of record for all parties through the CM/ECF system. .


| | |
|---|---|
| /s/ Elbert Lin | April 11, 2016 |
| Elbert Lin | Date |