No. 14-1945

In the
# United States Court of Appeals
# for the Fourth Circuit

◆

**STEPHEN KOLBE, *et al.*,**
Plaintiffs-Appellants

v.

**LAWRENCE J. HOGAN, JR., GOVERNOR, *et al.*,**
Defendants-Appellees

◆

On Appeal from the United States District Court
for the District of Maryland
No. 1:13-cv-02841-CCB (Hon. Catherine C. Blake)

◆

**APPELLANTS' MOTION TO SUPPLEMENT JOINT APPENDIX**

◆

John Parker Sweeney
T. Sky Woodward
James W. Porter, III
Marc A. Nardone
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

Attorneys for Appellants

COME NOW the Plaintiffs-Appellants, and for their Motion to Supplement the Joint Appendix in this case, state as follows:

1.      It is critical that this Court have access to the most current possible factual data when it makes its *en banc* review of this case. Accordingly, Plaintiffs-Appellants seek to enter into the appellate record the Supplemental Declaration of James Curcuruto, Director, Industry Research & Analysis for the National Shooting Sports Foundation, Inc. ("NSSF"), which provides the following updates from the original briefing of this case in 2014:

      a.      It introduces and authenticates the NSSF's Firearms Retailer and Survey Report (2015) and Sport Shooting Participation in the United States in 2014;

      b.      It updates the numbers of Banned Firearms manufactured and imported for sale in the United States in 2013 and 2014, the most recent available data; and

      c.      It updates the numbers of Banned Magazines in the United States through the year 2014, the most recently available data.

2.      Counsel for Defendants-Appellees has been notified of the filing of this Motion. He consents to the granting of this Motion with respect to NSSF's Firearms Retailer and Survey Report (2015) and Sport Shooting Participation in the United States in 2014. However, he does not consent to the granting of this Motion with

respect to the updated numbers of Banned Firearms and Banned Magazines through

2014.

3.      A copy of the proposed supplement to the Joint Appendix is attached

as Exhibit A to this Motion.

Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney
T. Sky Woodward
James W. Porter, III
Marc A. Nardone
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

Attorneys for Appellants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2016, the foregoing was served via the Court's appellate CM/ECF system, which will forward copies to Counsel of Record.

*/s/ John Parker Sweeney*
John Parker Sweeney