UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 11, 2016

_____

RESPONSE REQUESTED
_____

No. 14-1945, <u>Stephen Kolbe v. Lawrence Hogan, Jr.</u>
1:13-cv-02841-CCB

TO: Douglas F. Gansler
Jennifer L. Katz
Matthew John Fader
Brian E. Frosh

RESPONSE DUE: 04/13/2016

Response is required to the motion for leave to file a supplemental appendix on or before 04/13/2016.

Tony Webb, Deputy Clerk
804-916-2702