No. 14-1945

In the
# United States Court of Appeals for the Fourth Circuit

◆

**STEPHEN KOLBE,** *et al.*,

Plaintiffs-Appellants

v.

**LAWRENCE J. HOGAN, JR., GOVERNOR,** *et al.*,

Defendants-Appellees

◆

On Appeal from the United States District Court
for the District of Maryland
No. 1:13-cv-02841-CCB (Hon. Catherine C. Blake)

◆

**APPELLANTS' NOTICE OF INTENTION TO FILE REPLY**

◆

John Parker Sweeney
T. Sky Woodward
James W. Porter, III
Marc A. Nardone
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

Attorneys for Appellants

Plaintiffs-Appellants hereby notify the Court that they intend to file a Reply to Defendants-Appellees' Response to Plaintiffs-Appellants' Motion to Supplement the Joint Appendix and request that the Court not act on the Motion until the Reply is received.

Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney
T. Sky Woodward
James W. Porter, III
Marc A. Nardone
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

Attorneys for Appellants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2016, the foregoing was served via the Court's appellate CM/ECF system, which will forward copies to Counsel of Record.

*/s/ John Parker Sweeney*
John Parker Sweeney