UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

April 14, 2016

Mr. Jonathan Klee Baum
KATTEN, MUCHIN & ROSENMAN, LLP
525 West Monroe Street
Chicago, IL 60661-3693

Kyle James Bristow
BRISTOW LAW, PLLC
P. O. Box 381164
Clinton Twp., MI 48038

Mr. Mark Thomas Ciani
KATTEN, MUCHIN & ROSENMAN, LLP
575 Madison Avenue
New York, NY 10022-2585

Mr. Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036-0000

Ms. Anisha Dasgupta
OFFICE OF THE ATTORNEY GENERAL OF NEW YORK
120 Broadway
25th Floor
New York, NY 10271-0000

Matthew John Fader
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 St. Paul Place
Baltimore, MD 21202

Mr. Brian E. Frosh
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
200 St. Paul Place
Baltimore, MD 21202

Mr. Deepak Gupta
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009

Jennifer L. Katz
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND
Civil Division
200 St. Paul Place
20th Floor
Baltimore, MD 21202-0000

Mr. Stephen William Kiehl
COVINGTON & BURLING, LLP
1 City Center
850 10th Street, NW
Washington, DC 20001-4956

Mr. Brian S. Koukoutchos
COOPER & KIRK, PLLC
28 Eagle Trace
Mandeville, LA 70471-0000

Mr. Elbert Lin
OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA
State Capitol Complex
1900 Kanawha Boulevard, East
Room 26-E
Charleston, WV 25305-0000

Mr. Carl D. Michel
MICHEL & ASSOCIATES, P.C.
180 East Ocean Boulevard
Long Beach, CA 90802

Marc Alexander Nardone
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW
Suite 1350
Washington, DC 20036

Robert Jeffrey Olson
WILLIAM J. OLSON, PC

370 Maple Avenue, West
Vienna, VA 22180-5615

Mr. Dan M. Peterson
3925 Chain Bridge Road
Suite 403
Fairfax, VA 22030

James Wallace Porter III
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW
Suite 1350
Washington, DC 20036

Mr. John Parker Sweeney
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW
Suite 1350
Washington, DC 20036

Ms. Tara Sky Woodward
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW
Suite 1350
Washington, DC 20036


No. 14-1945,     Stephen Kolbe v. Lawrence Hogan, Jr.
                 1:13-cv-02841-CCB

Dear Counsel:

   The court in receipt of your notice of intent to file a reply.  Please note the reply must be received in the clerk's office by 04/15/2016.

                                Sincerely,

                                /s/ Joy Hargett Moore
                                Deputy Clerk